IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
GENERAL CIVIL DIVISION

HOLLISTER BISTRO'S LLC
d/b/a TWISTED VINE BISTRO
& BARRELL ROOM,

    Plaintiff,

v.

NATIONWIDE GENERAL
INSURANCE COMPANY,

    Defendant.
_____/

CASE NO:

DIVISION:

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, **HOLLISTER BISTRO'S LLC d/b/a TWISTED VINE BISTRO & BARRELL ROOM**, (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, **NATIONWIDE GENERAL INSURANCE COMPANY**, (hereinafter referred to as "Defendant"), and as grounds therefore states as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of fifty thousand dollars ($50,000) exclusive of pre-judgment interest, attorneys' fees, and costs.

2. At all times material hereto, Plaintiff, owned real property located at **2214 BAY STREET, FORT MYERS, FL 33901** (the "Property").

3. At all times material hereto, Defendant was a corporation duly licensed to conduct business in the State of Florida and is engaged in the business of insurance in **LEE COUNTY**.

4. Jurisdiction and venue are proper in this Court.

## GENERAL ALLEGATIONS

5. Plaintiff's Property was covered at all relevant times by **Policy No. ACP BP013220187754** issued by Defendant (the "Policy"). Plaintiff is not currently in possession a certified copy of the Policy. Plaintiff expects to obtain a copy of the Policy through Defendant's compliance with Plaintiff's discovery request.

6. Plaintiff has paid all premiums on the Policy, and the Policy was in full force and in effect at all relevant times herein.

7. The loss occurred during the policy period and Defendant assigned **Claim No.: 808780-GN** to the loss.

8. The damage to the Property is due to a covered peril under the Policy.

9. The damage to Plaintiff's property is accidental, continuing in nature, and covered under the Policy.

10. Plaintiff duly made application for insurance benefits under the Policy, and Defendant assigned **Claim No.: 808780-GN** to the loss.

11. Defendant has failed and refused to admit coverage and pay Plaintiff the benefits to which Plaintiff is entitled to for the loss.

12. All conditions precedent to obtaining payment of said benefits under the policy from Defendant have been complied with, met or waived.

13. As a result of Defendant's refusal to pay the losses sustained by Plaintiff, Plaintiff has retained the services of the undersigned attorney and is obligated to pay a reasonable fee for his services. Plaintiff is entitled to attorneys' fees in this action pursuant to §627.428 Florida Statutes.

## COUNT I
### (Breach of Contract)

14. Plaintiff hereby incorporates by reference paragraphs 1 through 13 as though fully set forth herein.

15. Plaintiff and Defendant are parties to a valid and binding contract under which Defendant is required to provide insurance benefits to Plaintiff in the event of a covered loss to Plaintiff's Property.

16. Plaintiff has suffered a covered loss to the Property.

17. Defendant has breached the Policy by failing to acknowledge the covered loss and by failing to pay Plaintiff the benefits due and owing under the Policy.

18. Plaintiff has been damaged by Defendant's breach of contract.

19. Plaintiff is entitled to damages, including the full cost of repairs of the damage to Plaintiff's Property.

20. Plaintiff is entitled to compensation for the loss to Plaintiff's Property. Plaintiff seeks the following damages: (a) the full replacement cost for the property; (b) damages including court costs, attorneys' fees under § 627.428, Florida Statutes, expert fees and costs and pre-judgment interest; and (c) additional policy benefits for loss rental value, loss of business income, debris removal, and any other benefit available under the policy.

21. Plaintiff demands a trial by jury on all issues in Count I.

**WHEREFORE**, Plaintiff, **HOLLISTER BISTRO'S LLC d/b/a TWISTED VINE BISTRO & BARRELL**, demands judgment against Defendant/Insurer, **NATIONWIDE GENERAL INSURANCE COMPANY** for:

    A.    All damages to which Plaintiff is entitled, including all benefits available under their Policy of insurance;

B. Pre-judgment interest;

C. Court costs, expert fees, and attorneys' fees pursuant to Florida Statutes §§ 57.041, 92.231, and 627.428; and

D. Any such other and further relief that this Court deems just and reasonable.

By: */s/ Matthew K. Mullinax*
**Makris & Mullinax, P.A.**
Matthew K. Mullinax, Esquire
FBN: 86181
matt@makrismullinax.com
Barbara M. Hernando, Esquire
FBN: 0091469
barbara@makrismullinax.com
Gabriel F. Torre, Esquire
FBN: 1031534
gabe@makrismullinax.com
908 W. Horatio Street
Tampa, FL 33606
Telephone: 813-485-7700
Attorneys for Plaintiff